AO 91 (Rev 8/01)   Criminal Complaint

# United States District Court

__SOUTHERN__ DISTRICT OF __TEXAS__

McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>V.<br>Antonio Alvarez-Avila | United States Courts<br>Southern District of Texas<br>FILED<br>*February 14, 2022*<br>Nathan Ochsner, Clerk of Court | **CRIMINAL COMPLAINT**<br>Case Number: M-22-324-M |

IAE   YOB:   1998
Mexico
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __February 12, 2022__ in __Hidalgo__ County, in the __Southern__ District of __Texas__

*(Track Statutory Language of Offense)*
the defendant being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Sullivan City, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

Antonio Alvarez-Avila was encountered by Border Patrol Agents near Sullivan City, Texas on February 12, 2022. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on February 12, 2022, near Hidalgo, Texas. Record checks revealed the defendant was formally Deported/Excluded from the United States on November 29, 2021, through Hidalgo, Texas. Prior to Deportation/Exclusion, the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.

On September 1, 2017, the defendant was convicted of Possession of Controlled Substances and sentenced to fifteen (15) days confinement and eighteen (18) months probation.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

Complaint authorized by AUSA Colton Turner
Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

February 14, 2022   5:02 PM

/S/   Christian Salmon
Signature of Complainant

Christian Salmon   Border Patrol Agent

Nadia S. Medrano, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer